

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE MALONE,<br>　　　　Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. 1:15-cv-4878-MGL |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | § § § § § | **ORDER** |

This matter is before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA) filed on November 29, 2016.  *See* 28 U.S.C. § 2412.  Plaintiff requests an award of $3,739.31 in attorney's fees.  Defendant does not object to Plaintiff's request.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)), and, therefore, this Court directs fees be payable to Plaintiff and delivered to Plaintiff's counsel.  Accordingly,

IT IS ORDERED that Plaintiff's motion under the EAJA is granted in the amount of $3,739.31 in attorney's fees.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: January 4, 2017
Columbia, South Carolina